**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:19-CR-259** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **ADIEAS JOHNSON,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 5th day of January, 2024, upon consideration of defendant Adieas Johnson's *pro se* motion (Doc. 429) to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, and the government's brief (Doc. 434) in opposition, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1.   Johnson's motion (Doc. 429) to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is DENIED in part to the extent it challenges counsel's effectiveness during plea negotiations.

2.   An evidentiary hearing shall commence on Wednesday, February 14, 2024, at 10:00 a.m. in Courtroom 7A, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania 17102. The hearing shall address the following limited issues:

   a.  Whether Johnson requested that his counsel file a notice of appeal after sentencing, and

   b.  Whether counsel consulted with Johnson regarding an appeal.

3.   On or before January 19, 2024, Johnson shall either: (a) have counsel enter an appearance on his behalf, (b) request appointment of a Federal Public Defender, or (c) inform the court of his desire to proceed with the hearing *pro se*.  If Johnson wishes to be represented by a Federal Public Defender, he must file a Financial Affidavit (CJA-23) in support of his request.

4.      The Clerk of Court is to serve a copy of this memorandum and order and a Financial Affidavit (CJA-23) on defendant in the above-captioned action.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania